IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 2:24cr106 |
| ) | |
| MICHAEL ANDREW COOK, ) | |
| ) | |
| Defendant. | |

### ORDER

**AND NOW**, having considered the Defendant's Motion to File Under Seal and finding it necessary that Dr. Shauna Keller's Report ("Keller Report") be filed under seal because it includes sensitive information properly subject to sealing, **IT IS HEREBY ORDERED** that the Clerk accept the Keller Report to the Defendant's Position on Sentencing, and file it under seal.

ENTERED this 8 day of April 2025.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Hon. John A. Gibney, Jr.
Senior United States District Judge