# FEDERAL PUBLIC DEFENDER

EASTERN DISTRICT OF VIRGINIA
500 EAST MAIN STREET, SUITE 500
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0890
FAX: (757) 457-0880

| | |
|---|---|
| Geremy C. Kamens<br>Federal Public Defender | Suzanne V. Katchmar<br>Assistant Federal Public Defender |

April 14, 2025

Honorable John A. Gibney, Jr.
Senior United States District Judge
United States District Court
600 Granby Street
Norfolk, VA 23510-1922

    Re:    *United States v. Michael Andrew Cook*
           Case No.: 2:24cr106

Dear Judge Gibney:

    Enclosed, please find Mr. Cook's allocution letter, along with a certificate of completion of a faith-based program.

    At the hearing, Mr. Cook may request to make a very brief statement to supplement his letter.

                                  Very truly yours,

                                  *Suzanne Katchmar*
                                Suzanne V. Suher Katchmar

Enclosures

cc:    Jeremy W. McKinnon, SAUSA   (w/exhibits)
        Latriston L. Cox, USPO (w/exhibits)